| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF COLORADO |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **8 Buildings LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-1788733** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**1575 Galena St Apt C105**<br>**Aurora, CO 80010**<br>Number, Street, City, State & ZIP Code<br><br>**Adams**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 1

Debtor  **8 Buildings LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor **8 Buildings LLC**     Case number (*if known*) _____
     Name

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**     Relationship _____
District _____ When _____ Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:* <br> ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** (*Check all that apply.*) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br>     Number, Street, City, State & ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.    Insurance agency _____ <br>          Contact name _____ <br>          Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:* <br> ■ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000 <br> ☐ 50-99      ☐ 5001-10,000      ☐ 50,001-100,000 <br> ☐ 100-199      ☐ 10,001-25,000      ☐ More than100,000 <br> ☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000      ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion <br> ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion <br> ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion <br> ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000      ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion <br> ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion <br> ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion <br> ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |

Debtor **8 Buildings LLC**     Case number (*if known*)
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 8, 2025**
                   MM / DD / YYYY

**X** **/s/ Randel Lewis, Manager of Foundation Ltd.**      **Randel Lewis, Manager of Foundation Ltd.**
Signature of authorized representative of debtor      Printed name

Title    **Manager of 8 Buildings LLC**

**18. Signature of attorney**

**X** **/s/ Jeffrey A. Weinman**      Date **July 8, 2025**
Signature of attorney for debtor      MM / DD / YYYY

**Jeffrey A. Weinman 7605**
Printed name

**Allen Vellone Wolf Helfrich & Factor, P.C.**
Firm name

**1600 Stout Street**
**1900**
**Denver, CO 80202**
Number, Street, City, State & ZIP Code

Contact phone    **303-534-4499**      Email address    **jweinman@allen-vellone.com**

**7605 CO**
Bar number and State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 4

Debtor  **8 Buildings LLC**
Name  Case number (*if known*)

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)*                            Chapter  **11**

☐ Check if this is an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **1575 Galena LLC** | | Relationship to you | **Business Affiliate** |
| District | **Colorado** | When **6/24/25** | Case number, if known | **25-13853 JGR** |
| Debtor | **Avi Schwalb** | | Relationship to you | **Business Affiliate** |
| District | **Colorado** | When **5/02/25** | Case number, if known | **25-12666 JGR** |

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 5

# United States Bankruptcy Court
## District of Colorado

In re: **8 Buildings LLC**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of 8 Buildings LLC of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **July 8, 2025**

**/s/ Randel Lewis, Manager of Foundation Ltd.**
**Randel Lewis, Manager of Foundation Ltd.**/**Manager of 8 Buildings LLC**
Signer/Title